1  ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
   DENNIS J. RHODES, ESQ. (SBN 168417)
2  REBECCA LABAT CROSBY, ESQ. (SBN 221241
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN& DICKER LLP
   650 California Street, 14th Floor
4  San Francisco, CA  94108
   Telephone:   (415) 433-0990
5  Facsimile:   (415) 434-1370

6  Attorneys for Plaintiffs
   AMERICAN GENERAL ASSURANCE COMPANY and
7  THE UNITED STATES LIFE INSURANCE COMPANY
   IN THE CITY OF NEW YORK
8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

14 | AMERICAN GENERAL ASSURANCE         ) | Civil No.     C054193 CRB
   | COMPANY, and THE UNITED STATES     )
15 | LIFE INSURANCE COMPANY IN THE      ) | **STIPULATION TO EXTEND TIME TO**
   | CITY OF NEW YORK,                  ) | **RESPOND TO COUNTERCLAIM**
16 |                                    )
   |            Plaintiffs,             )
17 |                                    )
   |       v.                           )
18 |                                    )
   | PACIFIC A&M, INC. LTD., DBA        )
19 | PACIFIC A&M ADMINISTRATORS;        )
   | RON JONES, an individual; and DOES 1 )
20 | through 50,                        )
   |                                    )
21 |            Defendants.             )
   |                                    )
22 |                                    )
   | AND ALL RELATED ACTIONS            )
23 |                                    )

24

25

26 ────────────────────────────────────────
                              1
27      **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**

28  **USDC NDCA Case # C054193 CRB**
    185687.1

Pursuant to Rule 5 and Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, the parties by and through their counsel of record hereby stipulate that plaintiff and counterdefendant American General Assurance Corporation shall have an extension of time up to and including December 12, 2005, to respond to the counterclaim of defendant and counterclaimant Pacific A&M LTD, Inc.

So stipulated.

Dated: November 2?, 2005    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
REBECCA LABAT CROSBY
Attorneys for Plaintiffs and Cross-Defendants
AMERICAN GENERAL ASSURANCE COMPANY
and THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

Dated: November 25, 2005

By: _____
JOHN G. CLARK
Attorneys for Defendants and Cross-Complainants
PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
ADMINISTRATORS and RON JONES

Nov. 30, 2005

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM

USDC NDCA Case # C054193 CRB
185687.1