1  JOHN G. CLARK (STATE BAR NO. 35584)
   Attorney at Law
2  1201 Howard Avenue, Ste. 202
   Burlingame, California 94010-4227
3  Telephone: (650)685-6660
   Facsimile: (650)685-6664
4  Email: johngclark@sbcglobal.net

5  Attorney for Defendants
   PACIFIC A&M LTD., INC. (sued herein as
6  "PACIFIC A&M INC., LTD.")
   dba PACIFIC A&M ADMINISTRATORS
7  and RONALD H. JONES (sued herein as
   "RON JONES")
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
   AMERICAN GENERAL ASSURANCE )   CASE NO. C054193 CRB
13 COMPANY, and THE UNITED STATES LIFE )
   INSURANCE COMPANY IN THE CITY OF )   STIPULATION BY COUNSEL FOR PARTIES
14 NEW YORK,                         )   TO ALLOW DEFENDANTS PACIFIC A&M
                                     )   LTD. INC. dba PACIFIC A&M
             Plaintiffs,             )   ADMINISTRATORS AND RONALD H. JONES
15                                   )   TO FILE AMENDMENT TO ANSWER AND
        vs.                          )   COUNTERCLAIMS
16                                   )
   PACIFIC A&M, INC. LTD., DBA PACIFIC )
17 A&M ADMINISTRATORS; RON JONES, an )
   individual; and DOES 1 through 50,  )
18                                   )
             Defendants.             )
19 _____ )
   PACIFIC A&M LTD., INC. DBA PACIFIC )
20 A&M ADMINISTRATORS,               )
                                     )
21           Counterclaimant          )
                                     )
22      vs.                          )
                                     )
23 AMERICAN GENERAL ASSURANCE )
   COMPANY, and DOES 1 through 10,   )
24 INCLUSIVE,                        )
                                     )
25           Counterdefendants        )
                                     )
26 _____ )

27

28      Under Rule 15(a) of the Federal Rules of Procedure, the Parties by and through their counsel of

Case No. C054193 CRB; Stipulation by Counsel for Parties to Allow...        1

1  record hereby stipulate that Defendants Pacific A&M Ltd. dba Pacific A&M Administrators and Ronald H.
2  Jones may file an Amendment to their Answer and Counterclaims by adding to the prayer to the Answer and
3  to the prayer to the Counterclaims an additional item of relief for an award of attorney's fees; as set forth
4  in the attached Amendment to Defendants' Answer and Counterclaims. Plaintiffs are not required to plead
5  to such Amendment which shall be deemed desired..
6  So stipulated.

7  Dated: March 7, 2006                    Wilson, Elser, Moskowitz, Edelman & Dicker LLP

                                           _____
                                           Adrienne C. Publicover
                                           Dennis J. Rhodes
                                           Rebecca Labat Crosby
                                           Attorneys for Plaintiffs and Cross-Defendants American
                                           General Assurance Company and the United States Life
                                           Insurance Company in the City of New York

16 Dated: March 3, 2006                    _____
                                           By John G. Clark, Attorney for Defendants Pacific
                                           A&M Ltd. dba Pacific A&M Administrators and
                                           Ronald H. Jones and Counterclaimant Pacific A&M
                                           dba Pacific A&m Administrators and Ronald H. Jones

21 Dated: March 16, 2006                   Approved:

                                           IT IS SO ORDERED
                                           Judge Charles R. Breyer
                                           (United States District Court, Northern District of California)

Case No. C054193 CRB; Stipulation by Counsel for Parties to Allow...    2