SEP-8-2006  02:47P FROM:                    6506856664              TO:14154341370            P.2
09/08/2006 12:19 FAX 4154341370             WILSON ELSER                                       ☒002

1  ADRIENNE C. PUBLICOVER, ESQ. (SBN #161432)
   DENNIS R. RHODES, ESQ. (SBN #168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff and Counterdefendant
6  AMERICAN GENERAL ASSURANCE COMPANY
   and Plaintiff THE UNITED STATES LIFE INSURANCE
7  COMPANY IN THE CITY OF NEW YORK

8
   JOHN G. CLARK, ESQ. (SBN 35584)
9  LAW OFFICES OF JOHN G. CLARK
   1201 Howard Avenue, Suite 202
10 Burlingame, CA 94010
   Telephone:    (650) 685-6660
11 Facsimile:    (650) 685-6664

12
   Attorneys for Defendant and Counterclaimant
13 PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
   ADMINISTRATORS and Defendant RON JONES
14

15                    UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO BRANCH

18 AMERICAN GENERAL ASSURANCE      )   Civil No.    C054193 CRB
   COMPANY, and THE UNITED STATES  )
19 LIFE INSURANCE COMPANY IN THE   )   STIPULATION AND ORDER FOR
   CITY OF NEW YORK,               )   CONTINUANCE OF CASE
20                                 )   MANAGEMENT CONFERENCE
           Plaintiffs,             )
21                                 )
        v.                         )
22                                 )
   PACIFIC A&M, INC. LTD., DBA PACIFIC )
23 A&M ADMINISTRATORS; RON JONES,  )
   an individual; and DOES 1 through 50, )
24                                 )
           Defendants.             )
25 _____  )
                                   )
26 AND ALL RELATED ACTIONS         )
                                   )
27 _____  )

28
   ──────────────────────────────────────────────────────────
        STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
   USDC NDCA No. C054193 CRB
   238263.1

## STIPULATION

Pursuant to this Court's Local Rules 6.2 and 7.12, this stipulation for continuance of the Case Management Conference is made by and between plaintiffs The United States Life Insurance Company and American General Assurance Company on the one hand, and defendants Ronald H. Jones (sued herein as Ron Jones) and Pacific A&M on the other, by and through their counsel of record and is based on the following facts:

1. On August 4, 2006, counsel for the parties appeared before this Court at the Case Management Conference. At that time, based on the discussion with the Court and between counsel, the Court set a further Case Management Conference for September 15, 2006, giving the parties additional time to exchange documents and see if they can settle the matter on their own.

2. Since the time of the August 4, 2006, Case Management Conference, the parties have discussed settlement on their own, without engaging in private mediation. Counsel met in person to discuss their positions and are continuing to exchange documents. By continuing the Case Management Conference to November 3, 2006, the parties should be able to complete their assessments and settlement discussions.

IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' COUNSEL OF RECORD THAT:

The Case Management Conference currently set for September 15, 2006, shall be continued to November 3, 2006.

SO STIPULATED.

Dated: September 8, 2006        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

ADRIENNE C. PUBLICOVER, ESQ.
DENNIS J. RHODES, ESQ.
Attorneys for Plaintiff and Counterdefendant
AMERICAN GENERAL ASSURANCE COMPANY
and Plaintiff THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

---

1
STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA No. C054193 CRB
238263.1

Dated: **SEPTEMBER 8, 2006**   John G. Clark, Esq.

_____
JOHN G. CLARK, ESQ.
Attorneys for Defendant and Counterclaimant
PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
ADMINISTRATORS and Defendant RON JONES

## ORDER

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Case Management Conference is continued to November 3, 2006.

IT IS SO ORDERED.

Dated: September 11, 2006

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)