1  ADRIENNE C. PUBLICOVER, ESQ. (SBN #161432)
   DENNIS R. RHODES, ESQ. (SBN #168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370

5  Attorneys for Plaintiff and Counterdefendant
   AMERICAN GENERAL ASSURANCE COMPANY
6  and Plaintiff THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK

7
   JOHN G. CLARK, ESQ.  (SBN 35584)
8  LAW OFFICES OF JOHN G. CLARK
   1201 Howard Avenue, Suite 202
9  Burlingame, CA  94010
   Tel: (650) 685-6660 / Fax: (650) 685-6664
10
   Attorneys for Defendant and Counterclaimant
11 PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
   ADMINISTRATORS and Defendant RON JONES
12

13

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO BRANCH

17

| 18 | AMERICAN GENERAL ASSURANCE COMPANY, and THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | ) ) ) ) ) ) | Civil No.    C054193 CRB |
|---|---|---|---|
| 19 | | | **AMENDED STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 20 | | | |
| 21 | Plaintiffs, | ) ) | |
| 22 | v. | ) ) | |
| 23 | PACIFIC A&M, INC. LTD., DBA PACIFIC A&M ADMINISTRATORS; RON JONES, an individual; and DOES 1 through 50, | ) ) ) ) ) | |
| 24 | | | |
| 25 | Defendants. | ) ) ) | |
| 26 | AND ALL RELATED ACTIONS | ) ) ) | |
| 27 | | | |
| 28 | | | |

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA No. C054193 CRB
248655.1

## STIPULATION

Pursuant to this Court's Local Rules 6.2 and 7.12, this stipulation for continuance of the Case Management Conference is made by and between plaintiffs The United States Life Insurance Company and American General Assurance Company on the one hand, and defendants Ronald H. Jones (sued herein as Ron Jones) and Pacific A&M on the other, by and through their counsel of record and is based on the following facts:

1. On September 8, 2006, counsel for the parties submitted a request to continue the Case Management Conference then scheduled for September 15, 2006, to give the parties additional time to exchange documents and to see if they could settle the matter on their own. The Court granted the request and continued the Case Management Conference until November 3, 2006.

2. Since that time, the parties have continued their discussions. At present, counsel for Plaintiffs needs an additional two to four weeks to collect information from Plaintiffs' representatives. Thereafter, Plaintiffs anticipate being able to respond to Defendants inquiries regarding two specific aspects of the underlying issues relating to an amendment to the underlying contract and an out of state compliance issue.

**IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' COUNSEL OF RECORD THAT:**

The Case Management Conference currently set for November 3, 2006, shall be continued to December 8, 2006.

**SO STIPULATED.**

Dated: November 1, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

/s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER, ESQ.
DENNIS J. RHODES, ESQ.
Attorneys for Plaintiff and Counterdefendant
AMERICAN GENERAL ASSURANCE COMPANY
and Plaintiff THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

1  Dated: November 1, 2006

          _____
          JOHN G. CLARK, ESQ.
          Attorneys for Defendant and Counterclaimant
          PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
          ADMINISTRATORS and Defendant RON JONES

## ORDER

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Case Management Conference is continued to December 8, 2006.

IT IS SO ORDERED.

Dated: November 2, 2006

          _____
          Honorable Charles R. Breyer
          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer [signed seal]*

---

2

AMENDED STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA No. C054193 CRB
248653.1