1  ADRIENNE C. PUBLICOVER, ESQ. (SBN #161432)
2  DENNIS R. RHODES, ESQ. (SBN #168417)
   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff and Counterdefendant
6  AMERICAN GENERAL ASSURANCE COMPANY
   and Plaintiff THE UNITED STATES LIFE INSURANCE
7  COMPANY IN THE CITY OF NEW YORK

8
   JOHN G. CLARK, ESQ.  (SBN 35584)
9  LAW OFFICE OF JOHN G. CLARK
   1201 Howard Avenue, Suite 202
10 Burlingame, CA  94010
   Telephone:    (650) 685-6660
11 Facsimile:    (650) 685-6664

12
   Attorneys for Defendant and Counterclaimant
13 PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
   ADMINISTRATORS and Defendant RON JONES
14

15                 UNITED STATES DISTRICT COURT
16              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                      SAN FRANCISCO BRANCH

18 AMERICAN GENERAL ASSURANCE        )  Civil No.    C054193 CRB
   COMPANY, and THE UNITED STATES    )
19 LIFE INSURANCE COMPANY IN THE     )  JOINT CASE MANAGEMENT
   CITY OF NEW YORK,                 )  CONFERENCE STATEMENT AND
20                                   )  STIPULATION AND ORDER FOR
          Plaintiffs,                )  CONTINUANCE OF CASE
21                                   )  MANAGEMENT CONFERENCE
                                     )
22     v.                            )
                                     )
23 PACIFIC A&M, INC. LTD., DBA PACIFIC )
   A&M ADMINISTRATORS; RON JONES,    )
24 an individual; and DOES 1 through 50, )
                                     )
25        Defendants.                )
   _____   )
26                                   )
   AND ALL RELATED ACTIONS           )
27 _____   )

28
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION AND
         ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
   USDC NDCA No. C054193 CRB
   254827.1

## JOINT CASE MANAGEMENT CONFERENCE
## STATEMENT AND STIPULATION

The parties by and through their counsel of record hereby submit this Joint Case Management Conference Statement, and pursuant to this Court's Local Rules 6.2 and 7.12, a stipulation for continuance of the Case Management Conference based on the following facts:

The parties have spent significant time attempting to resolve the matter on their own and have not been able to reach agreement. In an effort to move the case forward, the parties recommend and stipulate to a continuance of the Case Management Conference to January 26, 2007. In the interim, the parties stipulate to and request that the Court to order the following:

January 10, 2007:  The Parties exchange updated initial disclosures;

January 10, 2007:  The Parties meet and confer on the scope of discovery;

January 17, 2007:  The Parties submit a Joint Rule 26 Report and Proposed Scheduling Order;

January 26, 2007:  The Court conduct a Case Management Conference.

**SO STIPULATED.**

Dated: December 6, 2006            WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER, LLP


By: _____
ADRIENNE C. PUBLICOVER, ESQ.
DENNIS J. RHODES, ESQ.
Attorneys for Plaintiff and Counterdefendant
AMERICAN GENERAL ASSURANCE COMPANY
and Plaintiff THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

Dated: December 6, 2006          LAW OFFICE OF JOHN G. CLARK

By: *John G. Clark by D. Rhodes* w/ permission
JOHN G. CLARK, ESQ.
Attorneys for Defendant and Counterclaimant
PACIFIC A&M, INC. LTD., DBA PACIFIC A&M
ADMINISTRATORS and Defendant RON JONES

### ORDER

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE PARTIES SHALL COMPLY WITH THE FOLLOWING DATES:

January 10, 2007:   The Parties shall exchange updated initial disclosures;

January 10, 2007:   The Parties shall meet and confer on the scope of discovery;

January 17, 2007:   The Parties shall submit a Joint Rule 26 Report and Proposed Scheduling Order;

January 26, 2007:   The Court conduct a Case Management Conference.

**IT IS SO ORDERED**.

Dated: December 7, 2006

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

---

2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION AND
ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA No. C054193 CRB
254827.1