1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Tel:   (415) 433-0990
   Fax:   (415) 434-1370
5
   Attorneys for Plaintiff and Counterdefendant
6  AMERICAN GENERAL ASSURANCE COMPANY
   and Defendant THE UNITED STATES LIFE INSURANCE COMPANY
7  IN THE CITY OF NEW YORK

8  JOHN G. CLARK (SBN 35584)
   LAW OFFICES OF JOHN G. CLARK
9  1201 Howard Avenue, Suite 202
   Burlingame, CA  94010
10 Tel:   (650) 685-6660
   Fax:   (650) 685-6664
11
   Attorneys for Defendant and Counterclaimant
12 PACIFIC A&M, INC. LTD., dba PACIFIC A&M
   ADMINISTRATORS and Defendant RONALD H. JONES
13 sued herein as RON JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL ASSURANCE COMPANY, and THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC A&M, INC. LTD., DBA PACIFIC A&M ADMINISTRATORS; RON JONES, an individual; and DOES 1 through 50,<br><br>　　　　Defendants.<br><br>AND ALL RELATED ACTIONS | Case No.:  CV05-04193 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge　　：　Hon. Charles R. Breyer<br>Courtroom ：　8<br>Location 　：　San Francisco |

Plaintiff and counterdefendant American General Assurance Company ("AGAC") and plaintiff The United States Life Insurance Company in the City of New York ("U.S. Life"), on the one hand; and defendant and counterclaimaint Pacific A&M Ltd. ("Pacific") and defendant Ronald H. Jones ("Jones"), sued herein as Ron Jones, on the other hand; by and through their respective attorneys of record, Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of AGAC and U.S. Life, and John G. Clark, Esq. on behalf of Pacific and Jones:

HEREBY STIPULATE that the above-captioned matter, including plaintiff's complaint and counterclaimant's counterclaim and all claims of relief therein can be dismissed with prejudice as to all parties in their entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: 2/4/08    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Plaintiff and Counterdefendant
AMERICAN GENERAL ASSURANCE COMPANY and
Defendant THE UNITED STATES LIFE INSURNACE
COMPANY IN THE CITY OF NEW YORK

Dated: 31 January 2008
By: _____
JOHN G. CLARK
Attorneys for Defendant and Counterclaimant
PACIFIC A&M, INC. LTD., dba PACIFIC A&M
ADMINISTRATORS and Defendant RONALD H.
JONES sued herein as RON JONES

**ORDER**

IT IS SO ORDERED.

Dated: Feb. 22, 2008    By: _____
HONORABLE
United States

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION OF DISMISSAL WITH PREJUDICE
USDC NDCA Case # CV05-04193 CRB
321743.1